Order entered October 16, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00411-CR

### DOUGLAS MARSHALL JACKSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-14835-U**

## ORDER

The Court **REINSTATES** the appeal.

On October 10, 2012, we ordered the trial court to make findings regarding why appellant's brief has not been filed. However, on September 5, 2012, appellant filed a motion to extend time to file his brief that had not been ruled on. Therefore, we **VACATE** the October 10, 2012 order requiring findings.

We **GRANT** the September 5, 2012 extension motion and **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

DAVID L. BRIDGES
JUSTICE